No. 71–5770. MASELLI *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 71–5772. DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5775. WHITE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5776. HOLMES *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 71–5777. GREEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–5778. LAWS *v.* YEAGER, PRINCIPAL KEEPER. C. A. 3d Cir. Certiorari denied.

No. 71–5779. EISEN *v.* SILVER. C. A. 2d Cir. Certiorari denied.

No. 71–5781. JACKSON *v.* PICARD, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 1st Cir. Certiorari denied.

No. 71–5782. YOUNG *v.* ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 71–5783. PATTERSON *v.* TULSA LOCAL No. 513, MOTION PICTURE OPERATORS OF THE UNITED STATES & CANADA. C. A. 10th Cir. Certiorari denied.

No. 71–5784. ROY *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 71–5785. GREEN *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 71–5786. CAGLE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.